United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 17-03318-MJC
Aliya Owens  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Sep 21, 2022      Form ID: 3180W      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aliya Owens, 1774 Big Ridge Drive, East Stroudsburg, PA 18302-6642 |
| 4955863 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, AMERICAN HONDA FINANCE CORP, 201 LITTLE FALLS DR, WILMINGTON, DE 19808 |
| 4955869 | + | DR FREDERICK L LICCIARDI, 660 1ST AVENUE, NEW YORK, NY 10016-3295 |
| 4955874 | | SVO VISTANA VILLAGES, PO BOX 22197, LAKE BUENA VISTA, FL 32830 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Sep 21 2022 22:38:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 21 2022 18:32:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | EDI: WFHOME | Sep 21 2022 22:38:00 | Wells Fargo Bank N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 4955870 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 21 2022 18:32:00 | HONDA FINANCIAL SERVICES, NATIONAL SERVICE CENTER, PO BOX 166469, IRVING, TX 75016-6469 |
| 4957313 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 21 2022 18:32:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 4955864 | | EDI: BANKAMER.COM | Sep 21 2022 22:38:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 5000088 | + | EDI: BANKAMER2.COM | Sep 21 2022 22:38:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 4955867 | | EDI: CAPITALONE.COM | Sep 21 2022 22:38:00 | CAPITAL ONE BANK, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 4955865 | | EDI: CAPONEAUTO.COM | Sep 21 2022 22:38:00 | CAPITAL ONE AUTO FINANCE, PO BOX 259407, PLANO, TX 75025-9407 |
| 4955866 | + | EDI: CAPITALONE.COM | Sep 21 2022 22:38:00 | CAPITAL ONE BANK, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 4978467 | + | EDI: BASSASSOC.COM | Sep 21 2022 22:38:00 | CAVALRY SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 4955868 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Sep 21 2022 18:32:00 | CLUB CARIBE VILLA DEL PALMAR, C/O MONTEREY COLLECTION SVCS, 4095 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | AVENIDA DE LA PLATA, OCEANSIDE, CA 92056-5802 |
| 5328863 | + | Email/Text: bkenotice@rushmorelm.com | Sep 21 2022 18:32:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619, J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services 92619-2708 |
| 5328862 | + | Email/Text: bkenotice@rushmorelm.com | Sep 21 2022 18:32:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 4955871 | | Email/Text: bankruptcynotice@nymcu.org | Sep 21 2022 18:32:00 | MUNICIPAL CREDIT UNION, 22 CORTLANDT STREET, NEW YORK, NY 10007 |
| 4964382 | | EDI: AGFINANCE.COM | Sep 21 2022 22:38:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 4955872 | | EDI: AGFINANCE.COM | Sep 21 2022 22:38:00 | ONEMAIN / ONEMAIN FINANCIAL, PO BOX 64, EVANSVILLE, IN 47701-0064 |
| 5432585 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 21 2022 18:32:00 | OSAT 2021-RPL1, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5432586 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 21 2022 18:32:00 | OSAT 2021-RPL1, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, OSAT 2021-RPL1, Serviced by Select Portfolio Servicing, |
| 4984674 | | EDI: PRA.COM | Sep 21 2022 22:38:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 4984675 | | EDI: PRA.COM | Sep 21 2022 22:38:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 4956593 | + | EDI: RECOVERYCORP.COM | Sep 21 2022 22:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5000134 | | EDI: Q3G.COM | Sep 21 2022 22:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4955875 | | EDI: RMSC.COM | Sep 21 2022 22:38:00 | SYNCB/JC PENNEY, PO BOX 965007, ORLANDO, FL 32896-5007 |
| 4955876 | + | EDI: CITICORP.COM | Sep 21 2022 22:38:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 4955877 | + | EDI: WFHOME | Sep 21 2022 22:38:00 | WELLS FARGO HOME MORTGAGE, PO BOX 10335, DES MOINES, IA 50306-0335 |
| 4978877 | + | EDI: WFHOME | Sep 21 2022 22:38:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | CAVALRY SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4955873 | ##+ | RECOVERY'S UNLIMITED INC, PO BOX 1357, MELVILLE, NY 11747-0410 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bass and Associates PC | on behalf of Creditor CAVALRY SPV I  LLC ecf@bass-associates.com |
| Emmanuel Joseph Argentieri | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bk@rgalegal.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Wilmington Trust  National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor OSAT 2021-RPL1 bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Aliya Owens rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Aliya Owens lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 8

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Aliya Owens<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8262<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:17-bk-03318-MJC | |

# Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Aliya Owens
aka Aliya Sybene Owens, aka Aliya S. Owens

**By the court:**

9/21/22

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2