| | |
|---|---|
| In re: | Case No. 17-03318-MJC |
| Aliya Owens | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 13, 2022 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

**Recip ID**     **Recipient Name and Address**
db     + Aliya Owens, 1774 Big Ridge Drive, East Stroudsburg, PA 18302-6642

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:

**Name**     **Email Address**

Bass and Associates PC
    on behalf of Creditor CAVALRY SPV I LLC ecf@bass-associates.com

Brian Nicholas
    on behalf of Creditor SELECT PORTFOLIO SERVICING INC. bnicholas@kmllawgroup.com

Brian C Nicholas
    on behalf of Creditor Wilmington Trust National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Brian C Nicholas
    on behalf of Creditor OSAT 2021-RPL1 bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Emmanuel Joseph Argentieri
    on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bk@rgalegal.com

Jack N Zaharopoulos (Trustee)

TWecf@pamd13trustee.com

Robert J Kidwell, III
    on behalf of Debtor 1 Aliya Owens rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
    on behalf of Debtor 1 Aliya Owens
    lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Aliya Owens,<br>aka Aliya Sybene Owens, aka Aliya S. Owens, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:17−bk−03318−MJC |

Social Security No.:
        xxx−xx−8262

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: December 13, 2022

**fnldec** (01/22)