IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Aaron D Taylor and Cheryl Ann Taylor | Chapter: 13 |
| | Bankruptcy No.: 1:18-bk-04117-HWV |
| Debtors | 11 U.S.C. § 362 |

J.P. Morgan Mortgage Acquisition Corp.

            Movant

            vs.

Aaron D Taylor and Cheryl Ann Taylor

            Debtors

            and

Charles J. DeHart, III, Esquire (Trustee)

            Trustee

            RESPONDENTS

## ORDER

      AND NOW, this _____ day of _____, 2020, upon consideration of the Motion to Approve Mortgage Modification of J.P. Morgan Mortgage Acquisition Corp., and upon consideration of any responses thereto, and good cause showing; it is hereby

      ORDERED and DECREED that the Motion to Approve Mortgage Modification of J.P. Morgan Mortgage Acquisition Corp. is hereby ORDERED and DECREED and made an Order of Court.

                                          BY THE COURT.

                                          Honorable Judge Henry W. Van Eck
                                          United States Bankruptcy Judge

cc:
Charles J. DeHart, III, Esquire (Trustee)
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Aaron D Taylor
10277 Fish and Game Rd
Waynesboro, PA 17268

Cheryl Ann Taylor
10277 Fish and Game Rd
Waynesboro, PA 17268

John Matthew Hyams
Law Offices of John M. Hyams
2023 N. 2nd St
Harrisburg, PA 17102